UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII

In re: RECCA, JOSEPH P.K.B. § Case No. 09-02446
RECCA, SHIRLEY ANN §
§
Debtor(s) NAMAKAHULALI, HALAU O §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on October 20, 2009. The undersigned trustee was appointed on October 20, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of           $       400,024.99

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 36,246.28 |
   | Payments to creditors | 190,180.16 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] | $       173,598.55 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 05/06/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $19,918.45. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $19,918.45, for a total compensation of $19,918.45. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $5.60, for total expenses of $5.60.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/19/2010     By: /s/David C. Farmer
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-02446  
**Case Name:** RECCA, JOSEPH P.K.B.  
RECCA, SHIRLEY ANN  
**Period Ending:** 07/19/10

**Trustee:** (310010) David C. Farmer  
**Filed (f) or Converted (c):** 10/20/09 (f)  
**§341(a) Meeting Date:** 11/23/09  
**Claims Bar Date:** 05/06/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1151E WAINIHA, HONOLULU, HI | 425,000.00 | 206,680.50 | | 400,000.00 | FA |
| 2 | FIRST HAWAIIAN BANK | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | FIRST HAWAIIAN BANK | 470.00 | 0.00 | DA | 0.00 | FA |
| 4 | FIRST HAWAIIAN BANK | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | BANK OF HAWAII | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | HOUSEHOLD GOODS, FURNISHINGS | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | KAPA ARTWORK | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | CLOTHING | 500.00 | 0.00 | DA | 0.00 | FA |
| 9 | CLOTHING | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | JEWELRY | 500.00 | 0.00 | DA | 0.00 | FA |
| 11 | JEWELRY | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | HALAU HULA O NAMAKAHULALI | 3,118.00 | 0.00 | DA | 0.00 | FA |
| 13 | 1998 NISSAN PATHFINDER | 3,200.00 | 0.00 | DA | 0.00 | FA |
| 14 | 1997 CHEVY LUMINA | 950.00 | 0.00 | DA | 0.00 | FA |
| 15 | OFFICE FURNISHINGS, COMPUTER, PRINTER, OFFICE SU | 500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 24.99 | Unknown |
| 16 | Assets   Totals (Excluding unknown values) | $443,838.00 | $206,680.50 | | $400,024.99 | $0.00 |

**Major Activities Affecting Case Closing:**

Real property in process of being sold (3/31/2010 interim report).

**Initial Projected Date Of Final Report (TFR):** June 30, 2010    **Current Projected Date Of Final Report (TFR):** June 30, 2010

# Form 2

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 09-02446 | | **Trustee:** | David C. Farmer (310010) |
| **Case Name:** | RECCA, JOSEPH P.K.B. | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | RECCA, SHIRLEY ANN | | **Account:** | ***-*****08-65 - Money Market Account |
| **Taxpayer ID #:** | **-***1978 | | **Blanket Bond:** | $2,400,000.00 (per case limit) |
| **Period Ending:** | 07/19/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 09-02446  
**Case Name:** RECCA, JOSEPH P.K.B.  
RECCA, SHIRLEY ANN  
**Taxpayer ID #:** **-***1978  
**Period Ending:** 07/19/10  

**Trustee:** David C. Farmer (310010)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******08-65 - Money Market Account  
**Blanket Bond:** $2,400,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/21/10 | | Title Guaranty Escrow Services, Inc. | Property at 1151 E Wainiha St., Lot 45<br>Mariner's Village Three, Phase II<br>Honolulu, HI 96825 | | 173,573.56 | | 173,573.56 |
| | {1} | | 400,000.00 | 1110-000 | | | 173,573.56 |
| | | Bank of America | -187,607.50 | 4110-000 | | | 173,573.56 |
| | | Mariners Village AOAO | -2,572.66 | 4110-000 | | | 173,573.56 |
| | | Islands Inc/ Ku Realty LLC | -24,000.00 | 3510-000 | | | 173,573.56 |
| | | CLOSING COSTS | -12,246.28 | 2500-000 | | | 173,573.56 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 7.13 | | 173,580.69 |
| 05/14/10 | | Transfer to account #92000246020866 | | 9999-000 | | -6.45 | 173,587.14 |
| 05/14/10 | Int | The Bank of New York Mellon | After hours MMA closeout adjustment | 1270-000 | -6.45 | | 173,580.69 |
| 05/15/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.1500% | 1270-000 | 17.86 | | 173,598.55 |
| 05/15/10 | | To Account #9200******0866 | Closing case | 9999-000 | | 173,598.55 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 173,592.10 | 173,592.10 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 173,592.10 | |
| | | | **Subtotal** | | 173,592.10 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$173,592.10** | **$0.00** | |

{} Asset reference(s)   U.S. Bankruptcy Court - Hawaii  #09-02446  Dkt # 46  Filed 07/22/10  Page 5 of 11   Printed: 07/19/2010 05:14 PM   V.12.06

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 09-02446  
**Case Name:** RECCA, JOSEPH P.K.B.  
RECCA, SHIRLEY ANN  
**Taxpayer ID #:** **-***1978  
**Period Ending:** 07/19/10

**Trustee:** David C. Farmer (310010)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******08-66 - Checking Account  
**Blanket Bond:** $2,400,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/14/10 | | Transfer from account #92000246020865 | | 9999-000 | | 6.45 | -6.45 |
| 05/15/10 | | From Account #9200******0865 | Closing case | 9999-000 | 173,598.55 | | 173,592.10 |
| 05/19/10 | Int | The Bank of New York Mellon | After hours MMA closeout adjustment | 1270-000 | 6.45 | | 173,598.55 |
| | | | **ACCOUNT TOTALS** | | 173,605.00 | 6.45 | **$173,598.55** |
| | | | Less: Bank Transfers | | 173,598.55 | 6.45 | |
| | | | **Subtotal** | | 6.45 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6.45** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****08-65** | 0.00 | 0.00 | 0.00 |
| **MMA # 9200-******08-65** | 173,592.10 | 0.00 | 0.00 |
| **Checking # 9200-******08-66** | 6.45 | 0.00 | 173,598.55 |
| | $173,598.55 | $0.00 | $173,598.55 |

{} Asset reference(s)

Printed: 07/19/2010 05:14 PM V.12.06

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 6, 2010

**Case Number:** 09-02446
**Debtor Name:** RECCA, JOSEPH P.K.B.

Page: 1

**Date:** July 19, 2010
**Time:** 05:14:40 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | David C. Farmer<br>P.O. Box 4379<br>Honolulu, HI 96812-4379 | Admin Ch. 7 | [Updated by Surplus to Debtor Report based on Net Estate Value: 333369.02] | $19,918.45 | $0.00 | 19,918.45 |
| 200 | David C. Farmer<br>P.O. Box 4379<br>Honolulu, HI 96812-4379 | Admin Ch. 7 | | $5.60 | $0.00 | 5.60 |
| 200 | TIMOTHY J. HOGAN, ESQ.<br>1050 BISHOP STREET, NO. 433<br>Honolulu, HI 96813 | Admin Ch. 7 | | $6,963.88 | $0.00 | 6,963.88 |
| 200 | TIMOTHY J. HOGAN, ESQ.<br>1050 BISHOP STREET, NO. 433<br>Honolulu, HI 96813 | Admin Ch. 7 | | $57.00 | $0.00 | 57.00 |
| A1 200 | Islands Inc/ Ku Realty LLC | Admin Ch. 7 | Escrow 4/16/2010 | $24,000.00 | $24,000.00 | 0.00 |
| A2 200 | CLOSING COSTS | Admin Ch. 7 | Escrow 4/16/2010 | $12,246.28 | $12,246.28 | 0.00 |
| 2P 570 | INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>Philadelphia, PA 19114 | Priority | | $39,603.11 | $0.00 | 39,603.11 |
| A3 100 | Bank of America | Secured | Paid through escrow 4/16/2020 | $187,607.50 | $187,607.50 | 0.00 |
| A4 100 | Mariners Village AOAO | Secured | Escrow 4/16/2010 | $2,572.66 | $2,572.66 | 0.00 |
| 1 610 | PYOD LLC its successors and assigns as assignee of<br>Citibank,c/o Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $525.35 | $0.00 | 525.35 |
| 2U 610 | INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>Philadelphia, PA 19114 | Unsecured | | $38,579.75 | $0.00 | 38,579.75 |
| 3 610 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $1,117.03 | $0.00 | 1,117.03 |
| 1I 640 | PYOD LLC its successors and assigns as assignee of<br>Citibank,c/o Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $1.13 | $0.00 | 1.13 |
| 3I 640 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $2.41 | $0.00 | 2.41 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 6, 2010

**Case Number:** 09-02446　　Page: 2　　**Date:** July 19, 2010
**Debtor Name:** RECCA, JOSEPH P.K.B.　　**Time:** 05:14:40 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2PI 640 | INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>Philadelphia, PA 19114 | Unsecured | | $85.54 | $0.00 | 85.54 |
| 2UI 640 | INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>Philadelphia, PA 19114 | Unsecured | | $83.33 | $0.00 | 83.33 |
| SURPLUS 650 | RECCA, JOSEPH P.K.B.<br>1151E WAINIHA STREET<br>HONOLULU, HI 96825 | Unsecured | | $66,655.97 | $0.00 | 66,655.97 |
| << Totals >> | | | | 400,024.99 | 226,426.44 | 173,598.55 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-02446
Case Name: RECCA, JOSEPH P.K.B.
Trustee Name: David C. Farmer

Claims of secured creditors will be paid as follows:

*Claimant* *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | David C. Farmer | $ 19,918.45 | $ 5.60 |
| *Attorney for trustee* | TIMOTHY J. HOGAN, ESQ. | $ 6,963.88 | $ 57.00 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant* *Fees* *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $39,603.11 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2P | INTERNAL REVENUE SERVICE | $ 39,603.11 | $ 39,603.11 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 40,222.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.2 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | PYOD LLC its successors and assigns as assignee of | $ 525.35 | $ 525.35 |
| 1I | PYOD LLC its successors and assigns as assignee of | $ 1.13 | $ 1.13 |
| 2U | INTERNAL REVENUE SERVICE | $ 38,579.75 | $ 38,579.75 |
| 3 | Fia Card Services, NA/Bank of America | $ 1,117.03 | $ 1,117.03 |
| 3I | Fia Card Services, NA/Bank of America | $ 2.41 | $ 2.41 |
| 2PI | INTERNAL REVENUE SERVICE | $ 85.54 | $ 85.54 |
| 2UI | INTERNAL REVENUE SERVICE | $ 83.33 | $ 83.33 |

**UST Form 101-7-TFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 66,655.97.

**UST Form 101-7-TFR (9/1/2009)**