| Name, Address, Phone, Fax, Email Address of Filer: <br><br>David C. Farmer<br>P.O. Box 4379<br>Honolulu, HI 96812-4379<br>Phone: (808) 222-3133<br>Fax: (866) 559-2922<br>Email: farmerd001@hawaii.rr.com |  |
|---|---|
| *Debtor:* RECCA, JOSEPH P.K.B. | *Case No.:*<br>09-02446 FJR |
| *Joint Debtor:* RECCA, SHIRLEY ANN | *Chapter:* 7 |
| *[If adversary proceeding, complete the information below. Use "et al." if multiple parties.]*<br>*Plaintiff(s):*<br><br>   vs.<br>*Defendant(s):* | *Adversary Proceeding No.:*<br><br>*Related Docket No.:*<br>51. 52 |

## CERTIFICATE OF SERVICE

| *Document(s) served:*<br>Debtors to Disgorge Overpaid Funds; Declaration of David C. Farmer; Exhibits "A" and "B;" Motion to Shorten Time | *Date served:*<br>9/9/2010 (ECF)<br>9/10/2010 (Mail) |
|---|---|

**The undersigned certifies under penalty of perjury that the following were served the above document(s) by first class mail unless noted otherwise.**
*[Enter information as shown in example below, including identification of the client if the individual served is an attorney or service agent. CM/ECF Notice of Electronic Filing may be attached to identify parties served. The notation "ECF" means that court records indicate service was made using the court's electronic transmission facilities; "HD" means that service was by hand delivery; "7004(h)" means that service on a depository institution was made by certified mail addressed to an officer of the institution.]*

| *Example:*<br>● Name of individual served<br>● If attorney, name of client<br>● Mailing address *or*<br>   Email address if served via ECF *or*<br>   Fax number if served by fax | Karyn A. Doi on behalf of Creditor Bank of America, N.A.<br>karyn@leu-okuda.com,<br>susan@leu-okuda.com<br><br>Office of the U.S. Trustee<br>ustpregion15.hi.ecf@usdoj.gov | Gregory T. Dunn on behalf of Debtors Joseph & Shirley Ann Recca<br>gregdunn1@hawaiiantel.net |
|---|---|---|
| | Joseph & Shirley Ann Recca<br>1151E Wainiha Street<br>Honolulu, HI 96825 | Cuyler E. Shaw<br>[cshaw@awlaw.com]<br>Miranda Tsai<br>[mtsai@awlaw.com]<br>Ashford & Wriston<br>Counsel for TG Hawaii |

| Dated: 9/10/2010 | **/s/**David C. Farmer |
|---|---|
| | *Signature*                              (If original signature, print name above) |